**KLEIN LAW GROUP**
Alexei Kuchinsky   State Bar No. 279405
William P. Klein    State Bar No. 148867
Two Embarcadero Center, Suite 1800
San Francisco, CA 9411
Tel.:      (415) 693-9107
Fax.:     (415) 693-9222
Email:   alexei@sfbizlaw.com

Attorneys for Plaintiffs Marcial and Faith Velez

**Shea & McIntyre, A P.C.**
John F. McIntyre, Jr., Esq., State Bar No. 172128
2166 The Alameda
San Jose, CA 95126-1144
(408) 298-6611
(408) 275-0814 Facsimile
Email: jmcintyre@sheamcintyre.com

Attorney for Defendants Adora Ancheta, Acheta Enterprises, Inc., and Olympic Manor, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MARCIAL VELEZ AND ALICE FAITH VELEZ, individually and on behalf of all aggrieved employees,<br><br>PLAINTIFFS,<br><br>VS.<br><br>ADORA ANCHETA. INDIVIDUALLY; ANCHETA ENTERPRISES, INC., OLYMPIC MANOR, INC., AND DOES 1 THROUGH 25,<br><br>DEFENDANTS | CASE NO.: 14-cv-01182 NC<br><br>JOINT STIPULATION OF DISMISSAL OF PLAINTIFF ALICE FAITH VELEZ'S CLAIMS WITH PREJUDICE AND [~~PROPOSED~~ ORDER]<br><br>**Judge:** Hon. Nathanael M. Cousins<br>**Location:** 450 Golden Gate Ave, 15th Floor San Francisco, CA 94102<br><br>Action Filed: February 6th, 2014 [California State Court]<br>Removal Filed: March 13th, 2014 |

**1**

1  Plaintiff ALICE FAITH VELEZ and Defendants ADORA ANCHETA, ANCHETA
2  ENTERPRISES, INC., OLYMPIC MANOR, INC. ("Parties"), by and through their undersigned
3  counsel, HEREBY STIPULATE that all of Plaintiff ALICE FAITH VELEZ'S claims,
4  counterclaims, and affirmative defenses, be hereby dismissed with prejudice pursuant to Federal
5  Rules of Civil Procedure, Rule 41(a)(1)(ii).
6       Each Party will bear its own costs and attorneys' fees with respect to Plaintiff ALICE
7  FAITH VELEZ'S claims only.
8       The Parties request that the Court retain jurisdiction to enforce the Settlement Agreement
9  between Plaintiff ALICE FAITH VELEZ and Defendants ADORA ANCHETA, ANCHETA
10 ENTERPRISES, INC., OLYMPIC MANOR, INC. by issuing an Order that explicitly retains
11 jurisdiction to enforce the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of*
12 *America,* 511 U.S. 375, 381-82, (1994).
13      Each undersigned representative of the Parties certifies that he or she is fully authorized to
14 enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.
15      IT IS SO STIPULATED.

16
17 Dated:       October 22, 2014            KLEIN LAW GROUP

18                                         BY s/ *Alexei Kuchinsky*
                                           Alexei Kuchinsky, Esq.
19                                         Attorneys for Plaintiffs
20

21 Dated:       October 22, 2014            Shea & McIntyre, A P.C.
22
                                           BY s/ *John F. McIntyre, Jr.*
23                                         John F. McIntyre, Jr., Esq.
                                           Attorneys for Defendants
24

25      PURSUANT TO STIPULATION, IT IS SO ORDERED
26      Dated:  October 27, 2014            _____
27                                          UNITED STATES MAGISTRATE
28

**GRANTED**
Judge Nathanael M. Cousins

2

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER